441 A.2d 792

Commonwealth v. Grannas, Appellant.

Submitted March 11, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

Judgment of sentence affirmed.

Decision was rendered prior to DiSALLE, J. leaving the bench of the Superior Court of Pennsylvania.